# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SECURITY POLICE AND FIRE
PROFESSIONALS OF AMERICA RETIREMENT
FUND,
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

PFIZER, INC., ET AL.,
*Defendant*

CASE NUMBER: 2:10-CV-03105-SDW-MCA

TO: *(Name and address of Defendant):*   GREG NORDEN
C/O PFIZER, INC.
5 GIRALDA FARMS
MADISON, NEW JERSEY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
5 BECKER FARM ROAD
ROSELAND, NEW JERSEY   07068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH



## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 25, 2010 |
| NAME OF SERVER (F) William J. Kelly, Jr. | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: <u>5 Giralda Farms, Madison, New Jersey</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: <u>Lisa Ryan, Legal Staff Member</u>

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 3.80 | $ 40.00 | $ 43.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2010
                    Date

*Signature of Server*

Post Office Box 44, Morris Plains, New Jersey
*Address of Server*