Case 2:10-cv-03105-SDW -MCA   Document 2   Filed 06/21/10   Page 1 of 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SECURITY POLICE AND FIRE
PROFESSIONALS OF AMERICA RETIREMENT
FUND,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

PFIZER, INC., ET AL.,
*Defendant*

CASE NUMBER: 2:10-CV-03105-SDW -MCA

TO: *(Name and address of Defendant):*   BERNARD POUSSOT
C/O PFIZER
5 GIRALDA FARMS
MADISON, NEW JERSEY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES E. CECCHI
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
5 BECKER FARM ROAD
ROSELAND, NEW JERSEY   07068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
_____

