**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ  07962-1997
Tel: (973) 538-4006
Fax: (973) 538-5146
Stephen C. Matthews, Esq. (SM9943)
scmatthews@pbnlaw.com
*Attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all similarly situated stockholders,<br><br>Plaintiff,<br><br>-v.-<br><br>PFIZER, INC., as successor-in-interest to WYETH, a Delaware Corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR.,<br><br>Defendants. | CIVIL ACTION NO. 2:10-cv-03105-SDW-MCA<br><br><br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO** *L.CIV.R.* **6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr. ("Defendants"), with Porzio, Bromberg & Newman, P.C. appearing, may answer, move or otherwise reply to plaintiff's Complaint by a period of 15 days, or until August 2, 2010, and it is represented that:

1.  No previous extension has been obtained;

2.  Service of Process was effected on June 25, 2010;

1384099

3.  A response to the Complaint would otherwise be due on or before July 16, 2010; and

4.  This application is being filed before the expiration of Defendants' time to answer, move, or otherwise reply to plaintiffs' Complaint.

s/ Stephen C. Matthews
Stephen C. Matthews, Esq. (SM9943)
PORZIO, BROMBERG & NEWMAN, P.C
100 Southgate Parkway
Morristown, NJ  07962-1997
Phone: (973) 538-4006
Fax: (973)-538-5146
scmatthews@pbnlaw.com
*Attorneys for Defendants Pfizer, Inc., Robert Essner,*
*Bernard Poussot, Kenneth J. Martin, Greg Norden,*
*and Robert R. Ruffolo, Jr.*

Dated: July 15, 2010

The above application is ORDERED GRANTED and the time within which Defendants shall answer, move or otherwise reply is extended to August 2, 2010.

ORDER DATED:  _____

, Clerk

BY: _____

- 2 -

1384099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2010, I caused to be served by electronic filing a true and correct copy of the foregoing Application for an Extension of Time to Answer, Move or Otherwise Reply upon the following:

James E. Cecchi, Esq.
Carella Byrne Cecchi Olstein Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
*Attorneys for Plaintiff Security Police and Fire Professionals of America Retirement Fund*

Dated: July 15, 2010                s/ Stephen C. Matthews
                                    Stephen C. Matthews (SM9943)

- 3 -

1384099