

**PORZIO**
BROMBERG&NEWMAN P.C.

**ATTORNEYS AT LAW**                                        MORRISTOWN NJ • NEW YORK CITY • PRINCETON NJ

STEPHEN C. MATTHEWS
MEMBER, NJ BAR
DIRECT DIAL NO.: 973-889-4212
E-MAIL ADDRESS: SCMATTHEWS@PBNLAW.COM

July 27, 2010

**VIA ELECTRONIC FILING AND REGULAR MAIL**

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
M.L. King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *Security Police and Fire Professionals of America Retirement Fund*
       *v. Pfizer, Inc., et al.*
       Civil Action No.:    2:10-cv-03105-SDW-MCA

Dear Judge Arleo:

We are counsel to the defendants in the above-referenced action, and we write on behalf of all parties to request Your Honor's approval of the enclosed scheduling stipulation and proposed order to which all parties have consented. This action is subject to the Private Securities Litigation Reform Act ("PSLRA"), which provides, among other things, that plaintiff must publish a notice within 20 days of filing the case, informing potential class members of the action and of their opportunity to file a motion for appointment as lead counsel, and that within 60 days of publication of notice, a member of the purported class may move the court to serve as lead counsel. *See* 15. U.S.C.§ 78u-4.

In the interests of efficiency and judicial economy, the parties have agreed to a schedule, subject to Your Honor's approval, pursuant to which defendants' response to the pleading is set for a time after appointment of lead counsel by the Court and any amended pleading to be filed by such lead plaintiff. The parties respectfully request that this customary case management approach in actions subject to the PSLRA be adopted in this case.

Service of process was effected on June 25, 2010. Defendants' time to answer, move, or otherwise reply was extended by 15 days from July 16, 2010 to August 2, 2010 pursuant to *L. Civ. R.* 6.1(b) by the Clerk on July 16, 2010. No other extensions have been obtained, and this application is being made before the Defendants' time to answer, move, or otherwise respond expires on August 2, 2010.

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006
FAX (973) 538-5146
www.pbnlaw.com

1386260



**ATTORNEYS AT LAW**

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

s/ Stephen C. Matthews
Stephen C. Matthews (SM9943)

Enclosures
cc:    James E. Cecchi, Esq. (via electronic filing)

1386260

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
Tel: (973) 538-4006
Fax: (973) 538-5146
Stephen C. Matthews, Esq. (SM9943)
scmatthews@pbnlaw.com
*Attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all other similarly situated stockholders,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., as successor-in-interest to WYETH, a Delaware Corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR.,<br><br>Defendants. | No. 2:10-CV-03105 (SDW) (MCA)<br><br><br><br>**[PROPOSED] CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Porzio, Bromberg & Newman, P.C., attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr. ("Defendants"); and Porzio, Bromberg & Newman, P.C. having been authorized to accept service and having actually accepted service of the summons and complaint in this action on behalf of Defendants without prejudice and without waiver of Defendants' defenses except as to sufficiency of service of process; and Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C., attorneys for Plaintiff Security Police and Fire Professionals of America Retirement Fund, having consented to the entry of a Consent Order Extending Defendant's Time to Answer, Move, or Otherwise Respond to the Complaint; and the

1384311

Court having noted the consent of the parties to the form and entry of this Order; and for good cause shown:

**IT IS** on this _____ day of _____ 2010 hereby **ORDERED** that:

(a)    Defendants' time to move, answer, or otherwise respond to the complaint filed in this matter is extended until after the Court enters an order appointing Lead Plaintiff and Lead Plaintiff's Counsel and consolidating this case and any related cases (the "Lead Plaintiff Order"); and

(b)    Subject to any modifications stipulated to by the parties or so ordered by the Court, the following schedule shall govern:

(i)    Lead Plaintiff shall file a consolidated amended complaint forty-five (45) days after entry of the Lead Plaintiff Order;

(ii)    Defendants will have forty-five (45) days to move, answer or otherwise respond to any consolidated amended complaint filed by Lead Plaintiff;

(iii)    Lead Plaintiff shall have forty-five (45) days to oppose any motion filed by Defendants; and

(iv)    Defendants shall have thirty (30) days to file a reply.

_____
Hon. Madeline C. Arleo, U.S.M.J.

1384311

The undersigned consent to the form and entry of this Order.

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.**
*Attorneys for Plaintiff Security Police and Fire Professionals of America Retirement Fund*

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.*

By: _____ /s James E. Cecchi _____
        James E. Cecchi, Esq.
        An Attorney of the Firm

Dated: July 27, 2010

By: _____ /s Stephen C. Matthews _____
        Stephen C. Matthews, Esq.
        An Attorney of the Firm

Dated: July 27, 2010

1384311