**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
Tel: (973) 538-4006
Fax: (973) 538-5146
Stephen C. Matthews, Esq. (SM9943)
scmatthews@pbnlaw.com
*Attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all other similarly situated stockholders,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., as successor-in-interest to WYETH, a Delaware Corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR.,<br><br>Defendants. | No. 2:10-CV-03105 (SDW) (MCA)<br><br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Porzio, Bromberg & Newman, P.C., attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr. ("Defendants"); and Porzio, Bromberg & Newman, P.C. having been authorized to accept service and having actually accepted service of the summons and complaint in this action on behalf of Defendants without prejudice and without waiver of Defendants' defenses except as to sufficiency of service of process; and Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C., attorneys for Plaintiff Security Police and Fire Professionals of America Retirement Fund, having consented to the entry of a Consent Order Extending Defendant's Time to Answer, Move, or Otherwise Respond to the Complaint; and the

1384311

Court having noted the consent of the parties to the form and entry of this Order; and for good cause shown:

IT IS on this 18 day of July 2010 hereby **ORDERED** that:

(a)    Defendants' time to move, answer, or otherwise respond to the complaint filed in this matter is extended until after the Court enters an order appointing Lead Plaintiff and Lead Plaintiff's Counsel and consolidating this case and any related cases (the "Lead Plaintiff Order"); and

(b)    Subject to any modifications stipulated to by the parties or so ordered by the Court, the following schedule shall govern:

(i)    Lead Plaintiff shall file a consolidated amended complaint forty-five (45) days after entry of the Lead Plaintiff Order;

(ii)    Defendants will have forty-five (45) days to move, answer or otherwise respond to any consolidated amended complaint filed by Lead Plaintiff;

(iii)    Lead Plaintiff shall have forty-five (45) days to oppose any motion filed by Defendants; and

(iv)    Defendants shall have thirty (30) days to file a reply.

_____
Hon. Madeline C. Arleo, U.S.M.J.

Case 2:10-cv-03105-SDW -MCA   Document 14   Filed 07/27/10   Page 5 of 5 PageID: 72

The undersigned consent to the form and entry of this Order.

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.**
*Attorneys for Plaintiff Security Police and Fire Professionals of America Retirement Fund*

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Defendants Pfizer, Inc., Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.*

By: _____ /s James E. Cecchi _____
James E. Cecchi, Esq.
An Attorney of the Firm

By: _____ /s Stephen C. Matthews _____
Stephen C. Matthews, Esq.
An Attorney of the Firm

Dated: July 27, 2010

Dated: July 27, 2010

1384311