Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE  19801
Tel:  (302) 622-7000
Fax:  (302) 622-7100

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068-1739
Tel:    (973) 994-1700
Fax:    (973) 994-1744

*PROPOSED LIAISON COUNSEL FOR
THE CLASS*

Darren J. Check
Sean M. Handler
Naumon A. Amjed
BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax: (610) 667-7056

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
ROBBINS GELLER RUDMAN & DOWD LLP
58 S. Service Road, Suite 200
Melville, NY  11747
Tel: (631) 367-7100
Fax: (631) 367-7423

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all other similarly situated stockholders, <br><br> *Plaintiff,* <br><br> -v.- <br><br> PFIZER, INC., as successor-in-interest to WYETH, a Delaware Corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR., <br><br> *Defendants.* | Civil Action No.: 2:10-03105 (SDW) (MCA) <br><br> Return Date: October 4, 2010 <br><br> **Oral Argument Requested** <br><br> *Document Filed Electronically* |

**NOTICE OF MOTION BY THE INSTITUTIONAL INVESTOR GROUP
FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund ("Lothian"), Arca S.G.R. S.p.A. ("Arca"), and The Council of the Borough of South Tyneside Acting in its Capacity as the Administering Authority of the Tyne and Wear Pension Fund ("Tyne & Wear") (collectively referred to as the "Institutional Investor Group"), will hereby move this Court on August 30, 2010, or as soon thereafter as they may be heard, before the Honorable Susan D. Wigenton for an Order (attached hereto as Exhibit A) in connection with the securities fraud class action lawsuits filed against Pfizer, Inc., and others, relating to the drug bapineuzumab ("B-Mab"); (i) appointing the Institutional Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934; (ii) approving the law firms of Grant & Eisenhofer P.A., Barroway Topaz Kessler Meltzer & Check, LLP, and Robbins Geller Rudman and Dowd LLP as Co-Lead Counsel for the Class, and for Carella, Byrne, Cecchi, Olstein, Broday & Agnello, P.C. as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, the Institutional Investor Group submits herewith a Memorandum of Law and the Declaration of James E. Cecchi.

Dated:        August 30, 2010

/s/ Jay W. Eisenhofer
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE  19801
Tel:  (302) 622-7000
Fax:  (302) 622-7100

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

/s/ James E. Cecchi
James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068-1739
Tel:    (973) 994-1700
Fax:    (973) 994-1744

*PROPOSED LIASON COUNSEL*

/s/ Darren J. Check
Darren J. Check
Sean M. Handler
Naumon A. Amjed
BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax: (610) 667-7056

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

/s/ David A. Rosenfeld
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
ROBBINS GELLER RUDMAN & DOWD LLP
58 S. Service Road, Suite 200
Melville, NY  11747
Tel: (631) 367-7100
Fax: (631) 367-7423

*PROPOSED CO-LEAD COUNSEL FOR
THE CLASS*

3

## CERTIFICATE OF SERVICE

The undersigned, Counsel for the Institutional Investor Group, hereby certifies that on this date, a copy of the foregoing NOTICE OF MOTION BY THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL and accompanying memorandum of law and declaration were served on all counsel registered for ECF service on the above dockets.

Date: August 30, 2010

s/ James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068-1739
Tel:    (973) 994-1700
jcecchi@carellabyrne.com