<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all other similarly situated stockholders,<br><br>                              Plaintiff,<br><br>          v.<br><br>PFIZER, INC., as successor-in-interest to WYETH, a Delaware corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR.,<br><br>                              Defendants. | Civil Action No. 10-cv-3105 (SDW)(MCA)<br><br><br>**ORDER**<br><br><br>December 21, 2012 |

<u>**ORDER ADOPTING THE REPORT AND RECOMMENDATION**</u>
<u>**OF THE MAGISTRATE JUDGE**</u>

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on December 6, 2012, regarding Lead Plaintiffs The City of Edinburgh Council, as Administering Authority of the Lothian Pension Fund and Arca S.G.R. S.p.A.'s motion to file a second amended consolidated complaint pursuant to Federal Rules of Civil Procedure 59(e) and 15(a). (Dkt. no. 69.)  No objection to the R&R has been filed.  This Court has reviewed the R&R as well as the briefs and documents pertaining to the motion on file in this matter.  Based on the foregoing, and for good cause shown,

**IT IS**, on this 21st day of December, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo, filed on December 6, 2012, is **ADOPTED.**

**SO ORDERED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc:    Clerk
       Magistrate Judge Madeline C. Arleo
       Parties