**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA RETIREMENT FUND, individually and on behalf of all other similarly situated stockholders,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., as successor-in-interest to WYETH, a Delaware corporation, ROBERT ESSNER, BERNARD POUSSOT, KENNETH J. MARTIN, GREG NORDEN, and ROBERT R. RUFFOLO, JR.,<br><br>Defendants. | Civil Action No. 10-cv-3105 (SDW)(MCA)<br><br>**ORDER**<br><br>April 22, 2013 |

**WIGENTON**, District Judge.

Before this Court is Defendants Pfizer, Inc., as successor-in-interest to Wyeth, a Delaware Corporation, Robert Essner, Bernard Poussot, Kenneth J. Martin, Greg Norden, and Robert R. Ruffolo, Jr.'s (collectively "Defendants") motion to dismiss the second amended consolidated complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in the Opinion dated April 22, 2013, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
Cc: Madeline Cox Arleo, U.S.M.J.
Parties